UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                      Case No. 16-MJ-141 (HKS)

AIDA RAMIREZ-ARRELLANO

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel P. Harris of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Aida Ramirez-Arrellano.

Dated: New York, New York
       April 7, 2017

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:   /s/ *Daniel P. Harris*
                                                      Daniel P. Harris

                                              200 Park Avenue, 48th Floor
                                              New York, New York 10166
                                              Tel.: (212) 351-4000
                                              dpharris@gibsondunn.com

                                              *Attorneys for Defendant*