# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

MAY 2016 GRAND JURY
(Impaneled 5/13/2016)

**THE UNITED STATES OF AMERICA**

INDICTMENT

*-vs-*

**AIDA RAMIREZ-ARRELLANO**

Violation:
Title 8, United States Code,
Section 1326(a)
(1 Count)

### COUNT 1
(Illegal Reentry After Deportation)

The Grand Jury Charges That:

On or about October 18, 2016, in the Western District of New York, the defendant, AIDA RAMIREZ-ARRELLANO, an alien who had previously been deported and removed from the United States on or about July 17, 2014, was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Section 1326(a).**

DATED:  Buffalo, New York, April 19, 2017.

          JAMES P. KENNEDY, JR.
          Acting United States Attorney

BY:   S/BRIAN J. COUNIHAN
      BRIAN J. COUNIHAN
      Special Assistant United States Attorney
      U.S. Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      (716) 843-5831
      brian.counihan@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON