IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

       v.                                            17-CR-80-FPG

AIDA RAMIREZ-ARRELLANO,

               Defendant.

_____

## NOTICE OF APPEARANCE

**TO**:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to remove Brian J. Counihan as counsel for the United States

and enter my appearance as counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, June 30, 2017.

                                    JAMES P. KENNEDY, JR.
                                    Acting United States Attorney

              BY:    */s/ JONATHAN P. CANTIL*
                       Assistant United States Attorney
                       United States Attorney's Office
                       Western District of New York
                       138 Delaware Avenue
                       Buffalo, New York 14202
                       716/843-5795
                       Jonathan.Cantil@usdoj.gov