AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

### Western District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AIDA RAMIREZ-ARELLANO | **Judgment in a Criminal Case**<br>**(For a Petty Offense) — Short Form**<br><br>Case No.   17-CR-80G<br><br>USM No.<br><br>Daniel P. Harris<br>Defendant's Attorney |

*[Stamp: UNITED STATES DISTRICT COURT FILED DEC 11 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

**THE DEFENDANT:**

☑  **THE DEFENDANT** pleaded guilty to count(s)          1 of Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325(a) | Improper Entry by Alien | 10/18/2016 | 1 |
| | | | |

☐  Count(s) _____   ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $  10.00 | $ |

Last Four Digits of Defendant's  Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

12/11/2017
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

H. Kenneth Schroeder, Jr.          U.S. Magistrate Judge
Name and Title of Judge

12/11/2017
Date