IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                 17-CR-80-FPG

AIDA RAMIREZ ARRELLANO,

              Defendant.

---

### GOVERNMENT MOTION TO DISMISS INDICTMENT CONSISTENT WITH DEFENDANT'S GUILTY PLEA

**THE UNITED STATES OF AMERICA,** by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned Assistant United States Attorney, Jonathan P. Cantil, respectfully moves the Court to dismiss the pending indictment, under case number 17-CR-80, against the defendant consistent with the defendant pleading guilty to a superseding information on December 11, 2017 in front of Magistrate Judge H. Kenneth Schroeder..

On December 11, 2017, the defendant pleaded guilty to a 1-count superseding information alleging a violation of Title 8, United States Code, Section 1325(a) pursuant to a plea agreement with the United States. Paragraph 10 of the plea agreement read, "At sentencing, the government will move to dismiss the Indictment in this action." The defendant was sentenced to time served on December 11, 2017 by Magistrate Judge H. Kenneth Schroeder.

Consistent with the terms of the plea agreement, the government now moves to dismiss the indictment in this action.

DATED: Buffalo, New York, January 11, 2018.

JAMES P. KENNEDY, JR.
United States Attorney

BY:   */S/JONATHAN P. CANTIL*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5795
Jonathan.Cantil@usdoj.gov

SO ORDERED THIS 12th DAY OF JAL 20 18

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

2